June Krieger, Respondent, v. Jesse Krieger, Appellant.— Appeal from an order denying a motion to set aside a judgment in an action to annul a marriage. The Special Term denied the motion. Order unanimously affirmed, with $25 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

Guy A. Turnbull, Respondent, v. Lillian Bowker, Appellant.— Defendant has appealed from an order of the Schenectady County Special Term of the Supreme Court, denying her motion to resettle a former order of the Franklin County Special Term of the Supreme Court, directing that defendant be examined before trial upon certain matters enumerated in the order. Defendant has not appealed from the original order. The order from which the appeal is taken simply denied a motion to resettle. Such an order is not appealable. Appeal unanimously dismissed, with $10 costs and disbursements to respondent. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

Viola H. Babcock, Appellant, v. Charles A. Babcock, Respondent.— Appeal from an order granting defendant's (husband) motion to open a default in an action for separation. Order unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.